UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LEROY BROWN** | **CIVIL ACTION NO. 06-1987** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN VENETIA MICHAEL, DAVID WADE CORRECTIONAL CENTER** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons contained in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 9], which the Court ADOPTS,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED AND DISMISSED WITH PREJUDICE as time-barred under 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 28th day of February, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE