RECEIVED
IN MONROE, LA

APR 2 - 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LEROY BROWN | CIVIL ACTION NO. 06-1987 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN VENETIA MICHAEL,<br>DAVID WADE CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case [Doc. No. 12], the

Court, considering the record in this case, the requirements of 28 U.S.C. § 2253, and the

Supreme Court's decision in *Slack v. McDaniel*, 529 U.S. 473, 478 (2000), hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that

jurists of reason would find it debatable whether the district court was correct in its procedural

ruling.

MONROE, LOUISIANA, this 2 day of April, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE